IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| WAYNE BARRETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 124-126 |
| | ) | |
| STATE OF GEORGIA, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 8.) Plaintiff also filed a document titled "Judicial Notice to Amend Case," in which he requests the Court "amend the case" to add new Defendants and claims, (doc. no. 9), and a document titled "Judicial Notice of Rule Nisi for Judicial Notice," in which he requests the Court provide Plaintiff with evidence and issue various declarations related to jurisdiction and the facts of the underlying traffic offenses, (doc. no. 11). None of Plaintiff's filings change the Magistrate Judge's analysis that this case, which Plaintiff "removed" improperly from the State Courts of Cobb County and Fulton County and the Magistrate Court of Cobb County, should be dismissed and remanded because this Court has no subject-matter jurisdiction over state traffic charges and a related warrant. Moreover, to the extent Plaintiff argues amending his claims and adding defendants to the case would confer jurisdiction, this Court would still abstain

under Younger, as Plaintiff has still not demonstrated the state proceedings would fail to provide an adequate remedy for his federal claims.

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** as **MOOT** Plaintiff's motion to proceed *in forma pauperis*, (doc. no. 5), **DISMISSES** this case based on lack of subject matter jurisdiction, and **CLOSES** this civil action. Although "removal" was never accomplished in a procedurally proper manner, in an abundance of caution, the Court also **REMANDS** the underlying traffic cases and related warrant application proceedings to the State Court of Cobb County (cases 22-V-9165, 24-T-6159, and 23-V-11657), the State Court of Fulton County (case 24CIT000605), and the Magistrate Court of Cobb County (case 23-W-11492).

SO ORDERED this 11th day of September, 2024, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA